# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

**SEALED**

United States of America
v.

Joshua Sims

_____
*Defendant(s)*

)
)
)
)
)
)
)

Case No.

1:23-mj-00249-KMB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 30, 2022_____ in the county of _____Marion_____ in the
_____Southern_____ District of _____Indiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(4)B) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
/s/ Laura Smith
*Complainant's signature*

_____
TFO Laura Smith, USSS/IMPD Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by_
_____telephone_____ *(reliable electronic means)*

Date:  ___April 10, 2023___

City and state:  _____Indianapolis, Indiana_____

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Laura Smith, being duly sworn, hereby depose and state as follows:

1.    **Affiant**:  I am a Detective in the Cybercrime Unit of the Indianapolis Metropolitan Police Department (IMPD).  I am also a cross-designated Task Force Officer (TFO) with the United States Secret Service (USSS).

2.    **Experience**:  I have over 25 years of law enforcement experience.  I have investigated State and Federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography.  I have written numerous search warrants involving internet crimes against children cases and participated in their execution.

3.    **Training**:  I have attended and presented at the National Crimes Against Children Conference and attended numerous classes related to investigating the online sexual exploitation of children.  I am a member of the Indiana Internet Crimes Against Children (ICAC) Task Force, which includes federal, state, and local law enforcement agencies.  I am currently assigned to operate in an undercover capacity on the internet to identify and investigate persons attempting to exploit or solicit sexual acts with children or trafficking in child pornography.  As a Task Force Officer, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

4.    **Information provided**: The statements in this affidavit are based on information obtained from my observations and communications, as well as

information learned from other law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, I have not included each and every fact known to the investigators concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **JOSHUA SIMS** committed a criminal offense.

5. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **JOSHUA SIMS (SIMS)**, DOB xx-xx-1986 (known to Affiant, but redacted) has committed the following offense in the Southern District of Indiana and elsewhere: **COUNT 1--Possession of Child Pornography (Prior Conviction), 18 U.S.C. §§ 2252A(a)(4)(B) and (b)(2).**

6. **Possession of Child Pornography: 18 U.S.C. § 2252(a)(4)(B):** This statute prohibits a person from knowingly possessing, or knowingly accessing with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. There are enhanced penalties for individuals who have a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the

production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography.

7.     **Definitions**: The following definitions apply to this Affidavit:

A.     The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

B.     The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

C.     The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

D.     The term "microSD" is a type of removable flash memory card used for storing information.  The cards are used in mobile phones, cameras, handheld game systems, and other mobile devices.

E.     The term "SIM card" (Subscriber Identity Module or Subscriber Information Module) is a small removable card which stores mobile phone data such as the international mobile subscriber identity (IMSI) number and

its related key, which are used to identify and authenticate subscribers on mobile devices.

8. **Victim Identification:** The person below is identified by a pseudonym to protect the identity of the victim. Your Affiant knows the identity of Victim 1 and can make such information available to Magistrate Judge who signs this affidavit / arrest warrant upon request. Victim 1 is a relative of Joshua Sims who during the span of time was a minor and is now an 18-year-old adult.

## FACTS SUPPORTING PROBABLE CAUSE FOR ARREST WARRANT

9. **Identification of Parties**: JOSHUA SIMS is a 36-year-old convicted child molester. He lives in the Southern District of Indiana. Victim 1 is a now-18-year-old girl who is biologically related to SIMS. Victim 1 made allegations of incestuous conduct against him, beginning when she first met him in 2021, when she was 16 years old.

10. **Investigation of JOSHUA SIMS (SIMS):** This case began on December 30, 2022, when Indianapolis Metropolitan Police Department (IMPD) Officer Popiela and Officer Hackett were dispatched to investigate a disturbance with a weapon in the 300 block of West Edwards Avenue, Indianapolis, Indiana. Upon arrival, Officers made contact with Victim 1 and Joshua Sims.

11. Officer Popiela spoke with Victim 1. Victim 1 reported that the previous night, she went through Joshua Sims' phone while he was sleeping. In the phone's gallery, she found approximately 200 photos and videos of nude children,

ranging from 5 years old to 15 years old. She deleted all of the photos and videos. When Sims woke up and found the material was deleted, he began arguing with her. Joshua Sims took Victim 1's phone and walked outside. She followed him, and he smashed her phone into the ground as well as his own.

12.    Victim 1 grabbed what she believed were the SIM cards from Joshua Sims' broken phone. Joshua, who had a green pocketknife in his hand, then told Victim 1 that since she wanted to ruin his life, he would ruin hers. He told her that he wanted to hurt her and threatened to kill her dog. Victim 1 had a neighbor call 911.

13.    Victim 1 complained that she had difficulty breathing and low blood sugar, so Officer Popiela had EMS respond to the scene. EMS checked out Victim 1, but she declined to be transported to any hospital.

14.    Officer Hackett spoke with Joshua Sims. He stated that he woke up and found Victim 1 on his phone. Once the phone was returned to him, he saw that almost everything on his phone had been deleted, as if it had gone through a factory reset. This upset Joshua, so he took Victim 1's phone and started to walk away from the house to calm down. Victim 1 followed him. Sims tried to toss Victim 1's cell phone back to her, as he did not want to get near her. Victim 1 did not catch the phone and it broke on the asphalt. Joshua told Victim 1 to get away from him, but she continued to run after him, trying to stop him from leaving. Joshua Sims stated that he is a registered sex offender, but he denied ever having child pornography on

his phone. Victim 1 gave what she believed to be two (2) SIM cards to Officer Popiela, who submitted them to the IMPD Property Room.

15.     The IMPD police report provided contact information for Joshua Sims with mobile phone: 317-551-XXXX (redacted but known to this Affiant).

16.     After obtaining a search warrant for the 2 SIM cards on January 3, 2023, under Marion County cause #49D24-2301-MC-000214, this Affiant learned that there was actually 1 SIM card and 1 microSD card which had been submitted under the case IP220127116.

17.     On March 21, 2023, this Affiant requested a search warrant for the SIM card and microSD card which had been placed in the IMPD property room. The search warrant was granted under Marion County cause #49D34-2303-MC-008119.

18.     **Prior convictions:**

A.      On October 22, 2005, Joshua Sims was convicted in Dekalb Superior Court 1 for Child Molesting, a class B felony, under cause # 17D01-0510-FB-00015.

B.      On December 7, 2009, Joshua Sims was convicted in Allen Superior Court 5 for Criminal Confinement, a class C felony, under cause # 02D04-0906-FC-000121.

C.      On September 12, 2013, Joshua Sims was convicted in Allen Superior Court 5 for Failure to Register as a Sex or Violent Offender (Prior unrelated conviction), a class C felony, under cause # 02D05-1306-FC-000201.

D. On August 29, 2018, Joshua Sims was convicted in Allen Superior Court 6 for Failure to Register as a Sex of Violent Offender (prior unrelated conviction), a Level 5 felony, under cause # 02D06-1805-F5-000135.

19. **Examinations of the SIM and microSD card:** On April 4, 2023, Detective William Vasquez of the Indianapolis Metropolitan Police Department conducted the forensic examinations of the Micro SD card and SIM card.

20. Detective Vasquez noted the examination of the SIM card provided the phone number associated with the cell phone to be 317-551-XXXX (redacted, but the same mobile number associated to Joshua Sims).

21. Detective Vasquez noted the following from the microSD Card:

A. Detective Vaquez located over 1000 images of child pornography which included images of prepubescent minors engaged in sexually explicit conduct with adults, images of prepubescent minors engaged in bestiality, images showing the lascivious display of prepubescent minors' genitals, and prepubescent minors who are depicted in the images with bondage. Several of those images appeared to be toddler-age victims. Some of the images which were recovered from the microSD card showed that they were deleted, but many were still in their native location.

B. Detective Vasquez located several videos of child pornography including prepubescent minors with their genitals exposed, engaged in sexually explicit conduct with adults, minors engaged in bestiality.

C.      Other files within the microSD card images show images of the screen of a cellular phone, depicting sexually explicit images of Victim 1. Some of those images appear to capture files from Snapchat.

D.      Detective Vasquez also located several "selfie" style images of Joshua Sims on the microSD card, including images of his identifiable tattoos.

17.      There were several videos showing Joshua Sims engaged in sexually explicit conduct with Victim 1.  The dates on the files show this conduct occurred after Victim 1 would have been 18 years of age.  Some of the files are described below:

A.      Video file **20221116_155208.mp4** is described as follows:  The video shows an adult male standing with his penis exposed in front of Victim 1.  The recording contains audio, during which Sims is speaking and describing his relationship to Victim 1.  To protect her identity, the exact relationship has been redacted.

i.      While sitting in front of Sims' exposed penis, Victim 1 asked if he was recording, Sims said he was and "I am recording my 15-year-old (relative), who is autistic, getting ready to suck my dick and fuck, yes I am."  When Victim 1 appeared hesitant to do anything

1 Under Indiana Code 35-46-1-3, such conduct is defined as Incest: Sec. 3. (a) A person eighteen (18) years of age or older who engages in sexual intercourse or other sexual conduct (as defined in IC 35-31.5-2-221.5) with another person, when the person knows that the other person is related to the person biologically as a parent, child, grandparent, grandchild, sibling, aunt, uncle, niece, or nephew, commits incest, a Level 5 felony.

8

to Sims, he said, "it's okay, I promise it is. Many (female relatives) service their (male relatives). Many (female relatives) are their (male relative's) girlfriends". He said, "That's the shot you want, put it in your mouth and look up at me."

       ii.      As the video continued, Sims told Victim 1 to take her pants off, telling her to "let the world see that pretty pussy". Victim 1 removed her pants exposing her genitals, which Sims fondled with his fingers. Sims then moved the camera, showing the side of his face and body for the camera.

       B.      Video file **20221116_160051.mp4** shows Sims engaged in sexually explicit conduct with Victim 1. In this video, Sims is depicted penetrating Victim 1's vagina with his penis. Sims records himself ejaculating, saying "Look at that creampie" as the video shows a close-up of Victim 1's genitals. Sims then said, "The most beautiful sight in the world, my princess' creampie pussy".

       C.      Video file **20221027_1500114.mp4** shows Sims engaged in sexually explicit conduct with Victim 1, penetrating her genitals with his penis. As Sims is filming, you see him move the mobile phone view which shows him in a mirror, exposing his face and body.

18.    **Prior Investigation:** Based upon the contents of the videos involving Sims and Victim 1 engaged in sexually explicit conduct, I reviewed prior police reports involving Victim 1 and Sims. A report was filed to the Indianapolis

Metropolitan Police Department in April of 2021 regarding an incest investigation under case IP210036181.  The investigation which stemmed from a Department of Child Services (DCS) report, alleging that Victim 1 fled from Joshua Sims because he touched her and had engaged in sexually explicit conduct with her while at a hotel in Indianapolis.  On May 6, 2021, The Department of Child Services substantiated the allegations against Joshua Sims.  During their investigation, the Department of Child Services was unable to make contact with Joshua Sims and had his last known address as homeless possibly living under the bridge near I-65 and Fall Creek Boulevard.  All attempts to locate Sims were unsuccessful.

19.     All the conduct in question occurred in the Southern District of Indiana and elsewhere. The sexually explicit visual depictions of minors were stored on a MicroSD card which was not manufactured in Indiana or contained parts not manufactured in Indiana and, therefore, travelled in interstate and foreign commerce.

20. **Conclusion:** Based upon the contents of this Affidavit, there is probable cause to believe that **JOSHUA SIMS** has committed the above-listed offense. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **JOSHUA SIMS** charging him with the offense listed above.

_/s/ Laura Smith_
Task Force Officer Laura Smith
United States Secret Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means, specifically by telephone.

Date: April 10, 2023



Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana